# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| STACY E. SIMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 1:25-cv-00215-LCB-SGC |
| ALEX, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

The magistrate judge entered a report on April 29, 2025, recommending the court dismiss this action under Rule 41(b) of the *Federal Rules of Civil Procedure* because the plaintiff failed to comply with an order directing him to file an amended complaint. (Doc. 10). The magistrate judge advised the plaintiff of his right to file written objections within 14 days. The court has not received any objections.

After careful consideration of the record in this case, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **DISMISSES** this action **WITHOUT PREJUDICE** under Rule 41(b) for the plaintiff's failure to prosecute.

**DONE** and **ORDERED** May 22, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE